# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,, <br><br> Plaintiff, <br><br> v. <br><br> PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, <br><br> Defendant. | CASE NO. 2:25-cv-03590-MMB |

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND

This matter, coming to be heard on "Defendant's Unopposed Motion for an Extension of Time to Answer, Move, or Otherwise Respond to Complaint" (hereafter, the "Motion") filed on August 12, 2025 in this matter, due notice having been given, the Court being fully apprised in the premises, the Motion being unopposed, and for good cause shown, **IT IS HEREBY ORDERED THAT**: (a) the Motion is **GRANTED** for the reasons stated therein; and (b) Defendant shall have until **August 25, 2025** to answer, move, or otherwise respond to the Complaint (see Dkt. 1).

SO ORDERED THIS 13th DAY OF August, 2025,

By: /s/ Michael M. Baylson

Hon. Michael M. Baylson
United States District Judge