IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,<br><br>Defendant. | CASE NO. 2:25-cv-03590-MMB |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendant, Pure Energy USA PA, LLC d/b/a Pure Energy USA ("Pure Energy"), by and through its undersigned counsel, hereby respectfully moves to dismiss the putative class action Complaint (*see* Dkt. 1, "Complaint") by Plaintiff James Shelton ("Plaintiff") in this matter pursuant to: (i) Fed. R. Civ. P. 12(b)(1) for lack of federal subject matter jurisdiction due to Plaintiff's failure to demonstrate standing under Article III of the United States Constitution; and/or (ii) Fed. R. Civ. P. 12(b)(6) for failure to state a claim for relief.

The specific grounds for this Motion are set forth in Pure Energy's Memorandum of Law, which is filed concurrently herewith and is incorporated herein by reference as if fully stated, all documents and information properly subject to judicial notice, all other pleadings and papers filed or to be filed in this action, and any argument and other briefing and exhibits that may be presented to the Court prior to its ruling on this Motion or at hearing on the Motion, if scheduled.

WHEREFORE, Defendant Pure Energy USA PA, LLC d/b/a Pure Energy USA respectfully requests that the Court enter an order dismissing Plaintiff's Complaint in its entirety, along with granting Pure Energy all other relief the Court deems just and proper.

1

Dated: August 25, 2025                    Respectfully submitted,

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
**ELLIOTT GREENLEAF, P.C.**
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

JOHN W. MCGUINNESS *(pro hac vice to be requested)*
California Bar No. 277322
jmcguinness@manatt.com
A. PAUL HEERINGA *(pro hac vice to be requested)*
Illinois Bar No. 6288233
pheeringa@manatt.com
**MANATT, PHELPS & PHILLIPS, LLP**
1050 Connecticut Avenue, NW
Suite 600
Washington, D.C., 20036
(310) 312-4000

*Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy USA*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: August 25, 2025                    /s/ Frederick P. Santarelli
                                          FREDERICK P. SANTARELLI

                                          *Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy USA*