IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,<br><br>Defendant. | CASE NO. 2:25-cv-03590-MMB |

**[PROPOSED] ORDER**

**AND NOW**, this _____ day of _____, 2025, upon consideration of Defendant's Motion to Dismiss Plaintiff's Complaint and any opposition thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and that Plaintiff's Complaint (Dkt. 1) is **DISMISSED** [with/without] prejudice.

BY THE COURT:

_____
**MICHAEL M. BAYLSON, U.S.D.J.**