# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,<br><br>    Defendant. | CASE NO. 2:25-cv-03590-MMB |

## DEFENDANT PURE ENERGY USA, PA, LLC'S DISCLOSURE STATEMENT

Pursuant to Federal Rule Civil Procedure 7.1, the nongovernmental corporate party in the above listed civil action, Defendant Pure Energy USA, PA, LLC, does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: August 25, 2025

Respectfully submitted,

*/s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
(215) 977-1099 (fax)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

JOHN W. MCGUINNESS
(*Pro Hac Vice* to be requested)
A. PAUL HEERINGA
(*Pro Hac Vice* to be requested)
MANATT, PHELPS & PHILLIP, LLP
1050 Connecticut Avenue, NW, Suite 600
Washington, D.C. 20036
Telephone: 202-585-6500
Facsimile: 202-585-6600
jmcguinness@manatt.com
pheeringa@manatt.com

*Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy USA*

Case 2:25-cv-03590-MMB    Document 8    Filed 08/25/25    Page 2 of 3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: August 25, 2025    */s/ Frederick P. Santarelli*
FREDERICK P. SANTARELLI

*Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy*