IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA**<br><br>*Defendant.* | Case No.<br>    2:25-cv-03590-MMB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### UNOPPOSED MOTION FOR EXTENSION OF TIME

The Plaintiff, James E. Shelton, respectfully moves for an extension, up to and including September 22, 2025, to respond to Defendant Pure Energy USA, PA, LLC's Motion to Dismiss. Plaintiff requires the additional time to review the Defendant's arguments and appropriately respond to Defendant's motion, owing to the press of existing business and obligations. Defendant does not oppose the requested relief.

RESPECTFULLY SUBMITTED AND DATED this August 30, 2025.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
E.D. Pa. Bar #333687
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, Pennsylvania 19038
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

*Attorney for Plaintiff and the Proposed Class*

**CERTIFICATE OF SERVICE**

      I, Andrew Roman Perrong, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

      DATED this August 30, 2025.

                                      */s/ Andrew Roman Perrong*
                                      Andrew Roman Perrong, Esq.