IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>**PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA**<br><br>*Defendant.* | Case No.<br>    2:25-cv-03590-MMB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

### ORDER GRANTING
### UNOPPOSED MOTION FOR EXTENSION OF TIME

This matter having come before the Court on the Unopposed/Stipulated Motion of Plaintiff for an Extension of Time until and including September 22, 2025, and the Court being sufficiently advised, IT IS HEREBY ORDERED that Plaintiff's Motion for an Extension of Time is GRANTED, and Plaintiff is granted an extension of time to file an opposition to Defendant's Motion to Dismiss until and including September 22, 2025.

DATED this 2nd day of September, 2025.

/s/ Michael M. Baylson
Hon. Michael M. Baylson,    J.