IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,<br><br>Defendant. | CASE NO. 2:25-cv-03590-MMB |

## ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the appearance of Steven C. Tolliver, Jr., Esq. (PA 327165) as co-counsel on behalf of Defendant, Pure Energy USA, PA, LLC in the above-captioned matter.

Dated: September 2, 2025

Respectfully submitted,

*/s/ Steven C. Tolliver, Jr.*
FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
**ELLIOTT GREENLEAF, P.C.**
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

*Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy USA*