## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: September 2, 2025

/s/ Steven C. Tolliver, Jr.
STEVEN C. TOLLIVER, JR.

*Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy USA*