IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br>v.<br>**PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA**<br><br>*Defendant.* | Case No.<br>    2:25-cv-03590-MMB<br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF JAMES E. SHELTON**

1.  My name is James E. Shelton. I am over 18 years old. I can testify competently to the undersigned statements.

2.  My telephone number 215-XXX-XXXX is on the National Do-Not-Call Registry and has been since 2006.

3.  I am the user of 215-XXX-XXXX.

4.  I pay the bill for 215-XXX-XXXX.

5.  This number is used for personal, household purposes. I do not use it for business purposes or business use at all.

6.  This number is assigned to a residential cellular telephone service. I am the subscriber of record, and I pay the bill.

7.  Despite this, on June 23, 2025, I received two "missed" calls from the telephone number 833-423-0533.

8.  I then received another call on June 24, 2025 from the same caller ID.

9.  Later that same day, I made two calls to that number to ascertain the identity of the caller who was calling me.

1

10. During the first call, I spoke with an individual named "Tessa," who stated that she was from the illegally and fictitiously named "Energy Source Services," and that they were assisting all customers in Pennsylvania to get alternative electric supply services applied to their electric account, but the call dropped.

11. During the second call, I spoke with an individual named "Travis," who also stated that he was from the illegally and fictitiously named "Energy Source Services."

12. I told "Travis" that I received three missed calls from the number and asked what their purpose was.

13. In response, "Travis" looked up my telephone number and stated that the purpose of the missed call was to switch over electric supply services.

14. After collecting information from me, "Travis" then proceeded to sell me Pure Energy's electric services, including promising me the aforementioned $200 check described in the Complant.

15. I was then transferred to Verbatim TPV, an automated Third Party Verification system which verified the information for the sign up.

16. During that recorded TPV Process, the system asked me to confirm my information, including asking me if I understood "that Pure Energy USA is not your electric utility, and that your utility will continue to read your meters, respond to emergencies, and issue your bills?" and asked me to "agree to the terms of services described by the Pure Energy USA representative."

17. In addition to falling under the exemption under Pennsylvania law for recording unlawful calls which violate the TCPA, the recording was lawfully obtained because the TPV system itself stated that the call was being recorded.

18. At the end of the call, I was thanked for "choosing Pure Energy USA" and directed to "contact Pure Energy USA at 866-234-8184" if I had further questions.

19. At the end of the TPV process, "Travis" thanked me, verified my physical address to send the promised check, and stated that he would send me all the paperwork in the physical mail.

20. The below screenshot accurately reflects my calling records:



21. Thereafter, I received a letter in the mail from Pure Energy, which I understand is attached as an exhibit to the instant motion.

22. As a consumer protection advocate, I have filed more than fifty lawsuits alleging violations of the Telephone Consumer Protection Act.

3

23. Combined, this experience has given me insight into the methods telemarketers use to conceal their identities and has allowed me to develop methods of identifying those scammers who place telephone calls to me in violation of the TCPA.

24. For example, one method used by many callers is to conceal their identities by using generic names like "Energy Source Services" and make calls without leaving messages, including using automated systems. This is an extremely common practice in the telemarketing industry aimed at avoiding liability under the law for making telemarketing calls.

25. Therefore, identifying the origin of these callers who place unwanted and illegal calls to me is virtually impossible without engaging the callers in their telemarketing script in order to obtain their true corporate identities. Otherwise, the callers are impossible to identify and hold accountable for their actions.

26. Sometimes, engaging the caller in their script will be fruitless unless I agree to purchase what is offered on the call. In these cases, I know that I will only uncover the true corporate identity of the caller if I, for example, make a purchase or schedule an appointment to ascertain their identity. This level of investigation was necessary in this case because I needed to make sure that Pure Energy USA was calling me, and not some impersonator pretending to be Pure Energy USA, or even a real entity named "Energy Source Services."

27. The degree of investigation necessary depends on the nature of the call and the steps the company who called me has taken to conceal their identity. For example, in this case, I purchased, and then rescinded, a contract to purchase electric services, to identify the caller.

28. To be clear, I do nothing to precipitate the illegal calls and messages which are placed to me. I do not want these communications, but they continue to be placed to me. They are highly annoying and disruptive.

29. I have never proactively created or found TCPA claims nor entrapped businesses. I do not welcome nor invite these illegal calls and have taken measures for them to stop, including by placing my number on the Do-Not-Call Registry and holding those who call me accountable for their actions.

30. I was harmed by the Defendant's calls. I was deprived of legitimate use of network resources, bandwidth, power, and storage space and my privacy was improperly invaded. Additionally, my statutory rights as recognized by the TCPA were violated. Illegal calls are frustrating, obnoxious, and annoying. They are a nuisance and disturbed my solitude.

31. My number is on the Do-Not-Call Registry, and I did not provide any consent for anyone to send the calls to me.

32. My injury was done completely at the hands of Defendant, who took it upon itself to call me three times in violation of the TCPA.

33. I brought this case as a class action because I know that there are likely thousands more people in a similar situation such as myself, having received calls from Defendant without their consent.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

Executed this 22nd day of September, in the United States of America,

*James E. Shelton*

**James E. Shelton**