IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br>v.<br>**PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA**<br><br>*Defendant.* | Case No.<br>   2:25-cv-03590-MMB<br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**DECLARATION OF ANDREW ROMAN PERRONG**

1. My name is Andrew Roman Perrong. I am over 18 years old. I can testify competently to the undersigned statements.

2. I am counsel for Plaintiff James E. Shelton in the above-captioned Action.

3. I make this declaration in support of Plaintiff's opposition to Defendant's Motion to Dismiss. Except as otherwise noted, I have personal knowledge of the facts set forth in this declaration and could testify competently to them if called upon to do so.

4. I am an attorney duly admitted to practice in the Commonwealth of Pennsylvania and the State of Oregon, I am over 18 years of age, and I am competent to testify and make this Declaration on personal knowledge. I have extensive experience in the prosecution of class actions on behalf of consumers, particularly claims under the TCPA.

5. I am the owner of Perrong Law LLC, my law firm. Perrong Law LLC's public-facing telephone number is 215-225-5529 (CALL-LAW).

6. Perrong Law LLC records all inbound calls to that number as a regular practice, and callers to that number are played a message that calls are recorded at the outset of all calls.

1

7. On July 15, 2025 at approximately 8:40 AM, the day after this lawsuit was filed, I received and answered a call from an individual named Alan, who stated that he was calling on the Defendant's behalf and was looking to settle the lawsuit I had just filed against the Defendant, and further referenced a pre-suit letter I sent the Defendant.

8. As explained above, that call was automatically recorded as a matter of course as part of Perrong Law LLC's ordinary and routine business practice of recording calls.

9. I have retrieved a copy of that call recording from Perrong Law LLC's telephone system, for which I am custodian, and reviewed that recording. It accurately reflects my own recollection of the call and the recording of the call is complete from start to finish.

10. I have also arranged for a transcript of the call recording to be made, which is attached herein to this Declaration as an exhibit. The transcript accurately reflects both my own recollection of the call as well as the recording I obtained and reviewed.

11. During this call, Alan made numerous declarations against Pure Energy's interest and which are contrary to the positions Pure Energy now takes in its motion to dismiss, as more fully set forth in the transcript attached to this Declaration and the Opposition to the Motion.

12. These declarations included the admission that Pure Energy called Mr. Shelton's number and attempted to leave voicemail messages to sell him alternative electric services.

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

**Executed this 22nd day of September, in the United States of America,**

_____

**Andrew Roman Perrong**

| | |
|---|---|
| Automated Voice: | Call is recorded for quality. Thank you for calling Perrong Law. Please wait while we connect your call. |
| Andrew Perrong: | Hello. Perrong Law. |
| Alan: | **[00:00:15]** Yes. Good morning. Uh, Mr. Perrong? |
| Andrew Perrong: | Speaking. |
| Alan: | Hi. This is Alan on behalf of Pure Energy. Uh, I'm calling with respect to the letter you sent us regarding **Jem Shelton**, regarding the telemarketing, uh, calls. |
| Andrew Perrong: | Yes. |
| Alan: | I just wanted to give you a call and see what we can do to resolve this matter. **[00:00:33]** |
| Andrew Perrong: | Uh, well you've already been sued. So, get the lawsuit to your attorneys, and have your attorneys contact us. |
| Alan: | Uh, but I wanted to see if we can settle this. |
| Andrew Perrong: | Uh, **[00:00:48]** I mean, uh, I don't – |
| Alan: | I just wanted to make things easier, uh, for both of us, and be able to settle. |
| Andrew Perrong: | I – I mean, yeah. But I – I don't think that – I mean, this is a punitive class action. So, you know, we're going to need to figure out how many individuals were contacted by your company, **[00:01:10]** and then, you know, engage in, uh, settlement talks on a class-wide basis. |
| Alan: | I see. But we, um, you know, contact businesses, and it seems like the phone number that we – we called was, uh, based on a business call. And we don't have that many clients. **[00:01:25]** So, we're just trying to see if we can settle this out of court, uh, due to the fact that we're trying to just sign up a business for, uh, you know, lower rates on electricity bill. |
| Andrew Perrong: | I mean, certainly if you think that you have, um – if you have – only contact businesses and have, you know, business contacts, **[00:01:43]** send us a – send us a list of everybody that you contacted, and we'll evaluate that. Get it over to our expert and |

|||
|---|---|
| | discuss settlement. |
| Alan: | Okay. Uh, so you would not, uh, want to just settle and – and get this over with? **[00:01:58]** |
| Andrew Perrong: | Well, I mean, yes, we wanna settle. But certainly, you know, that's going to be for the entire class that we've pled in the complaint. |
| Alan: | The – there couldn't be a class because we barely have any customers. We just want to – we understand that we called Mr. Shelton three times, and, uh – and agents left a voicemail for him. **[00:02:14]** He called back and signed up for our – he actually signed up for our services and went through verification. Um – |
| Andrew Perrong: | Right. Doesn't change the fact that the initial calls were illegal. |
| Alan: | It would just a agent leaving a voicemail and saying, "If you want us, call us back to see if you can, uh, you know, save on your energy bill." **[00:02:34]** That's why I wanted to settle. I just wanted to make things easier. Just settle, you know, out of court, and just get this over with, if you don't mind, because we're – we are struggling, to be honest, as far as, like, keeping our **[chuckles]** business. |
| Andrew Perrong: | Well, I mean, **[00:02:49]** like I said, you know, uh, the – the calls were – were illegal, and, you know, given that we've already sued you guys, I – you know, any – you know, anything further's gonna need – especially because we're, um – we're alleging a class action. So, that's, you know, going to be for, um, you know, everybody that got calls. **[00:03:06]** That – that'll just need to be, uh, dealt with through the courts. |
| Alan: | Okay. I'm just saying not many people got called. Um, well, do you wanna talk to your client? See if he's willing to – wanna settle? Or – |
| Andrew Perrong: | Well, I mean, I – I'll talk to my client, **[00:03:23]** but, you know, my advice is going to be not to settle. And, you know, if he – you know, if you give him an offer, give him an offer. But, you know, that's, you know, uh – I – I – I'm not going to, you know, talk to my client and ask him if he wants to settle without even an offer on the table. **[00:03:38]** |
| Alan: | I see. So, the offer would be – we made three calls to him. Uh, those three voicemails left his, uh, answering machine. We're |

|  |  |
|---|---|
|  | willing to pay for the 1,500 - $4,500, uh, for the three calls, plus your – your fees as a attorney. |
| Andrew Perrong: | **[00:03:53]** Yeah. So, I'll – I'll take that to Mr. Shelton, and I'll let you know. But I'll – I – I'll tell you right now that he's likely not going to accept that, so. |
| Alan: | Okay. Will you please call me back and let me know what – what he likes to do? |
| Andrew Perrong: | I – I mean, certainly I'll – I'll let you know. **[00:04:09]** But I don't think that, uh – I don't think that's gonna work. |
| Alan: | What do you think will work with him? |
| Andrew Perrong: | Uh, I – I think a class-wide settlement, and that's – that's going to be my, uh, recommendation to my client. **[00:04:25]** |
| Alan: | But there isn't so many clients on the list, to be honest with you. |
| Andrew Perrong: | Well, I – I mean – I understand. But that's also not, you know, going to be my professional advice. So – |
| Alan: | Okay. Well, if you can relay the message to him and let me know, I'd appreciate it. **[00:04:42]** |
| Andrew Perrong: | Yep. Bye, bye. |
| Alan: | Bye. **[00:04:44]** |

**[End of Audio]**

**Duration: 5 minutes**



# CERTIFICATION OF AUTHENTICITY

Date: September 22, 2025

**Client:** Andrew Perrong
**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:** 235112_in-12152255529-14243330139-20250715-084031-1752583231_34284

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this 22nd day of September, 2025.

Sincerely,

*[signature]*

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653