Automated Voice:   Call is recorded for quality. Thank you for calling Perrong Law. Please wait while we connect your call.

Andrew Perrong:   Hello. Perrong Law.

Alan:   **[00:00:15]** Yes. Good morning. Uh, Mr. Perrong?

Andrew Perrong:   Speaking.

Alan:   Hi. This is Alan on behalf of Pure Energy. Uh, I'm calling with respect to the letter you sent us regarding **Jem Shelton**, regarding the telemarketing, uh, calls.

Andrew Perrong:   Yes.

Alan:   I just wanted to give you a call and see what we can do to resolve this matter. **[00:00:33]**

Andrew Perrong:   Uh, well you've already been sued. So, get the lawsuit to your attorneys, and have your attorneys contact us.

Alan:   Uh, but I wanted to see if we can settle this.

Andrew Perrong:   Uh, **[00:00:48]** I mean, uh, I don't –

Alan:   I just wanted to make things easier, uh, for both of us, and be able to settle.

Andrew Perrong:   I – I mean, yeah. But I – I don't think that – I mean, this is a punitive class action. So, you know, we're going to need to figure out how many individuals were contacted by your company, **[00:01:10]** and then, you know, engage in, uh, settlement talks on a class-wide basis.

Alan:   I see. But we, um, you know, contact businesses, and it seems like the phone number that we – we called was, uh, based on a business call. And we don't have that many clients. **[00:01:25]** So, we're just trying to see if we can settle this out of court, uh, due to the fact that we're trying to just sign up a business for, uh, you know, lower rates on electricity bill.

Andrew Perrong:   I mean, certainly if you think that you have, um – if you have – only contact businesses and have, you know, business contacts, **[00:01:43]** send us a – send us a list of everybody that you contacted, and we'll evaluate that. Get it over to our expert and

|  |  |
|---|---|
|  | discuss settlement. |
| Alan: | Okay. Uh, so you would not, uh, want to just settle and – and get this over with? **[00:01:58]** |
| Andrew Perrong: | Well, I mean, yes, we wanna settle. But certainly, you know, that's going to be for the entire class that we've pled in the complaint. |
| Alan: | The – there couldn't be a class because we barely have any customers. We just want to – we understand that we called Mr. Shelton three times, and, uh – and agents left a voicemail for him. **[00:02:14]** He called back and signed up for our – he actually signed up for our services and went through verification. Um – |
| Andrew Perrong: | Right. Doesn't change the fact that the initial calls were illegal. |
| Alan: | It would just a agent leaving a voicemail and saying, "If you want us, call us back to see if you can, uh, you know, save on your energy bill." **[00:02:34]** That's why I wanted to settle. I just wanted to make things easier. Just settle, you know, out of court, and just get this over with, if you don't mind, because we're – we are struggling, to be honest, as far as, like, keeping our **[chuckles]** business. |
| Andrew Perrong: | Well, I mean, **[00:02:49]** like I said, you know, uh, the – the calls were – were illegal, and, you know, given that we've already sued you guys, I – you know, any – you know, anything further's gonna need – especially because we're, um – we're alleging a class action. So, that's, you know, going to be for, um, you know, everybody that got calls. **[00:03:06]** That – that'll just need to be, uh, dealt with through the courts. |
| Alan: | Okay. I'm just saying not many people got called. Um, well, do you wanna talk to your client? See if he's willing to – wanna settle? Or – |
| Andrew Perrong: | Well, I mean, I – I'll talk to my client, **[00:03:23]** but, you know, my advice is going to be not to settle. And, you know, if he – you know, if you give him an offer, give him an offer. But, you know, that's, you know, uh – I – I – I'm not going to, you know, talk to my client and ask him if he wants to settle without even an offer on the table. **[00:03:38]** |
| Alan: | I see. So, the offer would be – we made three calls to him. Uh, those three voicemails left his, uh, answering machine. We're |

|  |  |
|---|---|
|  | willing to pay for the 1,500 - $4,500, uh, for the three calls, plus your – your fees as a attorney. |
| Andrew Perrong: | **[00:03:53]** Yeah. So, I'll – I'll take that to Mr. Shelton, and I'll let you know. But I'll – I – I'll tell you right now that he's likely not going to accept that, so. |
| Alan: | Okay. Will you please call me back and let me know what – what he likes to do? |
| Andrew Perrong: | I – I mean, certainly I'll – I'll let you know. **[00:04:09]** But I don't think that, uh – I don't think that's gonna work. |
| Alan: | What do you think will work with him? |
| Andrew Perrong: | Uh, I – I think a class-wide settlement, and that's – that's going to be my, uh, recommendation to my client. **[00:04:25]** |
| Alan: | But there isn't so many clients on the list, to be honest with you. |
| Andrew Perrong: | Well, I – I mean – I understand. But that's also not, you know, going to be my professional advice. So – |
| Alan: | Okay. Well, if you can relay the message to him and let me know, I'd appreciate it. **[00:04:42]** |
| Andrew Perrong: | Yep. Bye, bye. |
| Alan: | Bye. **[00:04:44]** |

**[End of Audio]**

**Duration: 5 minutes**



# CERTIFICATION OF AUTHENTICITY

Date: September 22, 2025

**Client:** Andrew Perrong
**Audio File Transcribed by GMR Transcription Services, Inc.:**
**File Name:** 235112_in-12152255529-14243330139-20250715-084031-1752583231_34284

To Whom It May Concern:

I, Beth Worthy, President at GMR Transcription, do hereby certify under the penalty of perjury, under the laws of the state of California, that:

The transcript provided by GMR Transcription Services, Inc. is a full, true, and correct transcription of the audio file mentioned above, having been transcribed and reviewed by GMR Transcription to the best of the company's ability. I further certify that neither I, nor the transcriptionist, have any personal association with the case; nor am I, nor the transcriptionist in any way interested in the outcome thereof.

Executed this 22nd day of September, 2025.

Sincerely,

**Beth Worthy**
**President**
Email: Beth@gmrtranscription.com
Phone: (714) 202-9653