# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, *Plaintiff*, v. **PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA** *Defendant.* | Case No. 2:25-cv-03590-MMB **CLASS ACTION** **JURY TRIAL DEMANDED** |

### [PROPOSED ORDER DENYING] DEFENDANT'S MOTION TO DISMISS

AND NOW, this _____ day of _____, 2025, it is hereby ORDERED that the Defendant's Motion to Dismiss is hereby DENIED.

*BY THE COURT:*

_____

, J.

1