IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>    v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,<br><br>        Defendant. | CASE NO. 2:25-cv-03590-MMB |

**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANT TO FILE A REPLY IN SUPPORT OF ITS MOTION TO DISMISS**

Defendant Pure Energy USA, PA, LLC ("Defendant") respectfully submits this **unopposed** motion to extend the time by which Defendant must submit a reply in support of its Motion to Dismiss Plaintiff's Complaint (*see* Dkt. 7, "Motion") by a period of no longer than seven (7) days, to and including October 6, 2025. In support thereof, Defendant states the following:

1. Plaintiff filed his Complaint in this action on July 14, 2025. *See* Dkt. 1.

2. After a modest extension, Defendant timely filed its Motion on August 25, 2025, which asserts (among other things) a Rule 12(b)(1) factual standing challenge. *See* Dkt. 6 and 7.

3. On August 30, 2025, Plaintiff filed an unopposed motion to extend his deadline to file a response in opposition to the Motion by fourteen (14) days, to and including September 22, 2025, which the Court granted on September 2, 2025. *See* Dkts. 9 and 10.

4. Plaintiff filed his response in opposition to the Motion on September 22, 2025. *See* Dkt. 12 ("Response"). Pursuant to Section C.2. of the Court's Pretrial and Trial Procedures – Civil Cases, therefore, Defendant's reply in support of its Motion is presently due on September 29, 2025.

5. Due to several personal and professional scheduling conflicts with the current reply deadline (including motions due and hearing scheduled in other matters around the same time period) and due to the complexity of the issues surrounding the Motion and Plaintiff's Response (including the legal and factual issues involved), Defendant and its counsel requires additional time to review and respond to Plaintiff's arguments in his Response and to prepare an adequate reply brief.

6. Defendant's counsel has conferred with Plaintiff's counsel (Andrew Perrong), who indicated in writing on September 23, 2025 that Plaintiff does <u>not</u> oppose a seven (7) day extension of Defendant's deadline to file a reply in support of its Motion.

7. Pursuant to the requested and agreed to extension, if granted, Defendant's new deadline to answer, move or otherwise respond to the Complaint would be October 6, 2025.

8. This is Defendant's first request for an extension of this deadline.

9. No other case deadlines will be impacted by the requested extension.

10. This motion is made in good faith and not for the purpose of delay.

11. No party to this action will be unduly prejudiced by the granting of the requested extension of time, especially as the parties are in agreement. An extension will not impact the timely resolution of this matter, or any other deadlines, as this case is still in its early stages.

12. Thus, Defendant respectfully submits that there is sufficient "good cause" to grant the requested extension, for at least the reasons provided above.

WHEREFORE, for all of the reasons above, Defendant respectfully requests that the Court enter an order extending its deadline to submit s reply in support of its Motion, to and including October 6, 2025. A proposed order has been included for the Court's consideration.

Dated: September 24, 2025	Respectfully submitted,

By: */s/ Frederick P. Santarelli*

FREDERICK P. SANTARELLI
Pennsylvania Bar. No. 53901
STEVEN C. TOLLIVER, JR.
Pennsylvania Bar No. 327165
**ELLIOTT GREENLEAF, P.C.**
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300
Blue Bell, PA 19422-1956
(215) 977-1000
FPSantarelli@elliottgreenleaf.com
sct@elliotgreenleaf.com

*Counsel for Defendant*
*Pure Energy USA, PA, LLC*
*d/b/a Pure Energy USA*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on September 24, 2025, I filed the foregoing electronically through the Court's CM/ECF system, which caused the following parties or counsel to be served by electronic means on all parties and their respective counsel of record.


Dated: September 23, 2025	*/s/ Frederick P. Santarelli*
                                                                  FREDERICK P. SANTARELLI