IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,<br><br>Defendant. | CASE NO. 2:25-cv-03590-MMB |

### ORDER

This matter, coming to be heard on Defendant's "Unopposed Motion for an Extension of Time for Defendant to File a Reply In Support of Its Motion to Dismiss" (hereafter, the "Motion"), due notice having been given, the Court being fully apprised in the premises thereof, the Motion being <u>unopposed</u>, and for good cause shown, **IT IS HEREBY ORDERED THAT**: (a) the Motion is **GRANTED** for the reasons stated therein; and (b) Defendant shall have until **October 6, 2025** to file a reply in support of its Motion to Dismiss Plaintiff's Complaint (*see* Dkt. 7).

SO ORDERED THIS 24th DAY OF September, 2025,

BY THE COURT:

/s/ Michael M. Baylson
**MICHAEL M. BAYLSON, U.S.D.J.**