# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, *Plaintiff*, <br><br> v. <br><br> **PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,** *Defendant*. | **CIVIL ACTION NO. 25-3590** |

## ORDER

**AND NOW**, this 9th day of October 2025, upon review of Plaintiff's Complaint (ECF 1), Defendant's Motion to Dismiss (ECF 7), and the briefing by both Parties (ECF 7-1; ECF 12; ECF 15), it is hereby **ORDERED** that Counsel for the Parties shall meet and confer as to the identity of the entity that allegedly made the telephone calls described in Plaintiff's Complaint (ECF 1).

If there is no agreement between the Parties as to the identity of the entity, the Court will likely allow an amended complaint to be filed. If the Parties file affidavits again, the Court must treat this as a summary judgment proceeding under Fed. R. Civ. P. 12(d), which would involve a great deal of expense for both Parties.

The Court will delay any decision on Defendant's Motion to Dismiss (ECF 7) to give Counsel the opportunity to meet and confer, following which, the Parties shall file either joint or separate status reports regarding the above within thirty (30) days of this Order.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, J.**