IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,

Defendant.

: Case Number: 2:25-cv-03590-MMB
:
:
:
:
:

## ORDER

AND NOW, this _____ day of _____ 20 25, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

☐ GRANTED. The Clerk is DIRECTED to add  Madelaine A. Newcomb , Esquire as counsel for  Defendant Pure Energy USA PA, LLC . _____ is DIRECTED to request ECF filing access using their PACER Account[1]

☐ DENIED.

_____
MICHAEL M. BAYLSON , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

Case Number  2:25-cv-03590-MMB

### MOTION FORM FOR THOSE ATTORNEYS SEEKING TO PRACTICE IN THIS COURT PURSUANT TO LOCAL RULE OF CIVIL PROCEDURE 83.5.2(b)

I, <u>MOVANT'S STATEMENT</u>

I, __Madelaine A. Newcomb__ the undersigned, am an attorney who is not currently admitted to either the bar of this court or the bar of the Supreme Court of Pennsylvania, and I hereby apply for admission to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) to represent __Pure Energy USA PA, LLC__.  My sponsoring attorney will submit the $75.00 payment using their PACER account at the time of filing this motion.

A. I state that I am currently admitted to practice in the following state jurisdiction(s):

| (State where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| Illinois | 5/5/2016 | 6322725 |
| Missouri | 9/16/2015 | 68294 |
|  |  |  |

B. I state that I am currently admitted to practice in the following federal jurisdiction(s):

| (Court where admitted) | (Admission Date) | (Attorney Identification Number) |
|---|---|---|
| D. Colo. | 4/15/2025 |  |
| E.D. Mich. | 9/18/2025 |  |
| S.D. Ill. | 2/20/2019 |  |
| N.D. Ill. | 3/30/2017 |  |
| E.D. Mo. | 8/22/2019 |  |

C. I state that I am at present a member of the aforesaid bar(s) in good standing, and that I will demean myself as an attorney of this court uprightly and according to law, and that I will support and defend the Constitution of the United States.

I am seeking to enter my appearance for __Defendant Pure Energy USA PA, LLC__

Name of Attorney: __Madelaine A. Newcomb__

Firm Address: __151 N. Franklin St., Ste. 2600, Chicago, IL 60606__

Telephone Number: __312-529-6305__

Email Address: __mnewcomb@manatt.com__

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __10/28/25__                                                  /s/Madelaine A. Newcomb
         (Date)                                                                              (Movant's signature)

<u>II., SPONSOR'S STATEMENT, MOTION, AND CERTIFICATE OF SERVICE</u>

  The undersigned member of the bar of the United States District Court for the Eastern District of Pennsylvania hereby moves for the admission of __Madelaine A. Newcomb__ to practice in said court pursuant to Local Rule of Civil Procedure 83.5.2(b), and certify that I know (or after reasonable inquiry believe) that the applicant is a member in good standing of the above-referenced state and federal court(s) and that the applicant's private and personal character is good.

| Steven C. Tolliver, Jr. | /s/ Steven C. Tolliver, Jr. | 10/29/2019 | 327165 |
|---|---|---|---|
| (Sponsor's Name) | (Sponsor's Signature) | (Admission Date) | Attorney ID Number |

SPONSOR'S OFFICE ADDRESS, EMAIL ADDRESS, AND TELEPHONE NUMBER

Elliott Greenleaf, P.C.
Union Meeting Corporate Center V
925 Harvest Drive, Suite 300, Blue Bell, PA 19422
sct@elliottgreenleaf.com   (215) 977-1000

*I declare under penalty of perjury that the foregoing is true and correct.*

Executed on __October 28, 2025__      __/s/ Steven C. Tolliver, Jr.__
   (Date)                     (Sponsor's signature)

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated, | : | Case Number: 2:25-cv-03590-MMB |
| | : | |
| Plaintiff, | : | |
| v. | : | |
| | : | |
| PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, | : | |
| Defendant. | | |

CERTIFICATE OF SERVICE

I declare under penalty of perjury that a copy of the motion of  Madelaine A. Newcomb , Esquire, to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) and the relevant proposed order, which, if granted, would permit such practice in this court was served on as follows:

/s/ Steven C. Tolliver, Jr.
(Signature of Attorney)

Steven C. Tolliver, Jr.
(Name of Attorney)

Defendant Pure Energy USA, PA, LLC
(Name of Moving Party)

10/28/2025
(Date)