IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,

Defendant.

Case Number: 2:25-cv-03590-MMB

## ORDER

AND NOW, this 29th day of October 2025, it is hereby

ORDERED that the motion to practice in this court pursuant to Local Rule of Civil Procedure 83.5.2(b) is

[X] GRANTED. The Clerk is DIRECTED to add Madelaine A. Newcomb, Esquire as counsel for Defendant Pure Energy USA PA, LLC. _____ is DIRECTED to request ECF filing access using their PACER Account[1].

[ ] DENIED.

/s/ Michael M. Baylson
MICHAEL M. BAYLSON , J.

---

[1] Instructions to request electronic filing access can be found on this court's website at For Attorneys | Eastern District of Pennsylvania | United States District Court (uscourts.gov).