IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,<br><br>Defendant. | CASE NO. 2:25-cv-03590-MMB |

### DEFENDANT'S STATUS REPORT

In accordance with this Court's order of October 10, 2025, directing the parties to file a status report "as to the identity of the entity that allegedly made the telephone calls described in Plaintiff's Complaint," Defendant Pure Energy USA, LLC ("Defendant" or "Pure Energy") makes the following statement:

The parties met and conferred on October 29, 2025. Attorney Andrew Perrong attended for Plaintiff and Attorneys Madelaine Newcomb and Steven Tolliver, Jr. attended for Defendant. Pursuant to the Court's Order, Defendant informed Plaintiff that it does not know the identity of the entity that allegedly made the calls described in Plaintiff's Complaint.

As Defendant has already made clear to Plaintiff in the Declarations of Michael Larson submitted in support of its Motion to Dismiss (Dkt. 7-2) and Reply in Support of its Motion to Dismiss (Dkt. 15-1), Pure Energy does not make any outbound telemarketing calls, does not authorize third parties to make outbound telemarketing calls on its behalf, and in fact contractually prohibits any third parties from making outbound telemarketing calls on behalf of Pure Energy. No amount of discovery will change that. While Plaintiff makes much of an individual named

"Alan" calling his counsel, Pure Energy did not make that call, nor did it authorize anyone named "Alan" to contact Mr. Perrong to discuss this lawsuit.

Defendant denies that is has any further obligation to investigate the source of the alleged calls or that Plaintiff is entitled to any discovery before Plaintiff has plausibly alleged a viable TCPA claim against it.

Dated: November 10, 2025       Respectfully submitted,

/s/ Steven C. Tolliver, Jr.
FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
**ELLIOTT GREENLEAF, P.C.**
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
(215) 977-1099 (fax)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

MADELAINE A. NEWCOMB, ESQ. (*Pro Hac Vice*)
**MANATT, PHELPS & PHILLIPS, LLP**
151 N. Franklin St., Ste. 2600
Chicago, IL 60606
312-529-6300
mnewcomb@manatt.com


*Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy*

## CERTIFICATE OF SERVICE

      The undersigned herby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: November 10, 2025

                                        */s/ Steven C. Tolliver, Jr.*
                                        STEVEN C. TOLLIVER, JR.

                                        *Counsel for Defendant Pure Energy USA, PA, LLC d/b/a Pure Energy*