## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated, *Plaintiff*, <br><br> **v.** <br><br> **PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA,** *Defendant*. | **CIVIL ACTION NO. 25-3590** |

## ORDER

**AND NOW**, this 22nd day of June 2026, upon review of the docket in this case, it is hereby

**ORDERED** that Plaintiff's counsel shall inform the Court as to the status of this case, Shelton v.

Pure Energy USA, PA, LLC, No. 25-3590, within ten (10) days of the date of this Order; otherwise,

the Court may dismiss the case for failure to prosecute.

BY THE COURT:

/s/ Michael M. Baylson

_____

MICHAEL M. BAYLSON, J.

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-3590 Shelton v Pure Energy\25-3590, Order re Status Update.docx

1