**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff,*<br><br>*v.*<br><br>**PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, ALONZO AMAR, ARASH AKHAVAN A/K/A "ALAN," AND DOE DEFENDANT PSG ZONE D/B/A PUREPSGPA AND/OR ENERGY SOURCE SERVICES**<br><br>*Defendants.* | Case No. 2:25-cv-03590-MMB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFF'S STATUS REPORT IN RESPONSE TO THE COURT'S JUNE 22, 2026 ORDER**

Plaintiff James E. Shelton ("Plaintiff"), by and through undersigned counsel, respectfully submits this Status Report in response to the Court's June 22, 2026 Order (ECF No. 22), which directed Plaintiff's counsel to inform the Court as to the status of this case within ten days. In further response, Plaintiff states as follows:

On November 17, 2025, the Court granted Defendant's Motion to Dismiss and dismissed Plaintiff's Complaint without prejudice, with leave to amend. (ECF No. 21.) In the same Order, the Court granted Plaintiff leave to commence discovery regarding the identity of the caller and the source of the alleged calls. Since entry of that Order, Plaintiff has diligently pursued the authorized discovery. That discovery necessarily required the service of third-party subpoenas and the time needed to serve them, obtain responses, and analyze the resulting productions.

Specifically, Plaintiff served and obtained responses to third-party subpoenas directed to (a) multiple telephone carriers of record, ultimately terminating in the carrier Alliance Phones,

(b) Google, the service provider for the call from "Alan," and (c) the third-party verification vendor through which Plaintiff's enrollment was processed, VerbatimTPV. That discovery identified additional individuals and entities directly responsible for placing and handling the calls at issue and for routing Plaintiff into Defendant Pure Energy's enrollment and verification process, precisely the identity of the caller and the source of the alleged calls that the Court's November 17, 2025 Order contemplated.

Among other things, that discovery revealed that the subscriber of record for the toll free number that placed the calls, 833-423-0533, is an individual named Alonzo Amar, that the telephone number from which the individual identifying himself as "Alan" contacted Plaintiff's counsel after suit was filed is subscribed to Arash Akhavan, an individual with a history in the alternative electric supply lead generation industry, and that the records of VerbatimTPV tie the sign up to a username, created by Pure Energy in Pure Energy's VerbatimTPV account, associated with the email address "alan@psg.zone" and the alias "PurePSGPA."

Based on the facts developed through that authorized discovery, and pursuant to the leave to amend already granted by the Court's November 17, 2025 Order, Plaintiff has, contemporaneously with this Status Report, filed his First Amended Class Action Complaint. The First Amended Complaint addresses the deficiencies identified by the Court by pleading, on the basis of the aforementioned third-party discovery, the identity and source of the callers and the basis for each Defendant's direct or vicarious liability, and it names the newly-identified entities as additional defendants.

Plaintiff understood the Court's November 17, 2025 Order to have granted leave to amend and has therefore filed the First Amended Complaint contemporaneously herewith rather than by separate motion. To the extent the Court would prefer that Plaintiff instead proceed by a

formal motion for leave to amend under Local Rule of Civil Procedure 15.1, Plaintiff respectfully requests leave to do so and stands ready to file such a motion promptly at the Court's direction. This action is being actively prosecuted. Plaintiff stands ready to effect service on the new defendants and to proceed with the litigation and is prepared to provide any further information the Court may require.

**WHEREFORE**, Plaintiff respectfully submits this Status Report in compliance with the Court's June 22, 2026 Order and requests that the Court permit this action to proceed on Plaintiff's First Amended Complaint.

Dated: July 2, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

July 2, 2026

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong, Esq.
Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
Phone: 215-225-5529 (CALL-LAW)
Facsimile: 888-329-0305
a@perronglaw.com