# EXHIBIT A

**Steven C. Tolliver, Jr.**

| | |
|---|---|
| **From:** | Anthony Paronich <anthony@paronichlaw.com> |
| **Sent:** | Thursday, July 09, 2026 9:04 PM |
| **To:** | Heeringa, Paul |
| **Cc:** | Steven C. Tolliver, Jr.; Fred Santarelli; McGuinness, John; Andrew Perrong; Newcomb, Madelaine |
| **Subject:** | Re: Shelton v Pure Energy - Responsive Pleading Deadline Extension |

**[EXTERNAL] Please do not reply, click links, or open attachments unless you recognize the source of this message and know the content is safe.**

Confirmed

On Jul 9, 2026, at 8:54 PM, Heeringa, Paul <PHeeringa@manatt.com> wrote:

Hi Anthony:

I am writing to confirm our discussion regarding extending Pure Energy's pleading deadline as to the amended complaint.  Similar to what we did in the Viasat matter, we would like to extend our pleading deadline to match the responsive pleading deadline of the new defendants, once they are served. In other words, Pure Energy's deadline to respond to the FAC would be extended to the same deadline applicable to the new defendants following service, so that all defendants may respond on the same schedule. My understanding is that Plaintiff has no objection to this.  Can you please confirm via return email?

Thanks again.

**A. Paul Heeringa**
Partner

**Manatt, Phelps & Phillips,** LLP
151 North Franklin Street
Suite 2600
Chicago, IL 60606
**D** (312) 529-6308 **F** (312) 529-6315
PHeeringa@manatt.com

**manatt.com**

CONFIDENTIALITY NOTICE: This e-mail transmission, and any documents, files or previous e-mail messages attached to it, may contain confidential information that is legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of any of the information contained in or attached to this message is STRICTLY PROHIBITED. If you have received this transmission in error, please immediately notify us by reply email and destroy the original transmission and its attachments without reading them or saving them to disk. Thank you.