**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| JAMES E. SHELTON, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, ALONZO AMAR, ARASH AKHAVAN A/K/A "ALAN," AND DOE DEFENDANT PSG ZONE D/B/A PUREPSGPA AND/OR ENERGY SOURCE SERVICES,<br><br>Defendants. | CASE NO. 2:25-cv-03590-MMB |

## [PROPOSED] ORDER

This matter, coming to be heard on "Unopposed Motion for an Extension of Time for Defendant Pure Energy to Answer, Move, or Otherwise Respond to First Amended Complaint" (hereafter, the "Motion") filed on July 13, 2026, due notice having been given, the Court being fully apprised in the premises, the Motion being <u>unopposed</u>, and for good cause shown, **IT IS HEREBY ORDERED THAT**: (a) the Motion is **GRANTED** for the reasons stated therein; (b) Defendant Pure Energy's deadline to answer move or otherwise respond to Plaintiff's First Amended Complaint (*see* Dkt. 23, "FAC") is hereby extended to the same responsive deadline applicable to the three new defendants named in the FAC under Fed. R. Civ. P. 12(a)(1)(A), following service of the FAC on said new defendants; and (c) Pure Energy's responsive pleading deadline will not start to run until after all of the new defendants have been served or waived service.

**SO ORDERED THIS ___ DAY OF _____, 2026,**

**BY THE COURT:**

_____
**MICHAEL M. BAYLSON, U.S.D.J.**