# UNITED STATES DISTRICT COURT

for the
Eastern District of Pennsylvania

| | |
|---|---|
| **JAMES E. SHELTON**<br>*Plaintiff*<br>v.<br>**PURE ENERGY USA, PA, LLC, ALONZO AMAR, ARASH AKHAVAN, DOE DEFENDANT PSG ZONE**<br>*Defendant* | Civil Action No. 2:25-cv-03590-MMB |

## AFFIDAVIT OF SERVICE

I, Tamara Sargsyan, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to ARASH AKHAVAN A/K/A "ALAN" in Los Angeles County, CA on July 10, 2026 at 8:15 pm at 7200 Franklin Ave, Apt 315, Los Angeles, CA 90046-3084 by residential substituted service by leaving the documents at the usual place of abode of ARASH AKHAVAN A/K/A "ALAN" with Ahkavan B. (refused full name) who is the Parent of ARASH AKHAVAN A/K/A "ALAN" and whose age is 18 years or older.

SUMMONS IN A CIVIL ACTION, FIRST AMENDED CLASS ACTION COMPLAINT AND DEMAND FOR JURY TRIAL

Additional Description:
The person who I served was the Arash Akhavan's father. He said that he will just give the documents whenever he will see his son, but he said that he’s not promising me to do that. He then stated is son was not in town, but he would do his best to give him the documents upon his return.
Race: White, Sex: Male, Est. Age: 65+, Hair: White, Glasses: N, Est. Weight: 140 lbs to 160 lbs, Est. Height: 4' 9" to 5'.
Geolocation of Serve: https://google.com/maps?q=34.1033588342,-118.3464949967
Photograph: See Exhibit 1

Total Cost: $95.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

Executed in

Los Angeles County,

CA on 7/14/2026.

/s/ Tamara Sargsyan

Signature

Tamara Sargsyan

+1 (747) 342-3718


Exhibit 1a)
7200




Exhibit 1b)


Exhibit 1c)
315
Protected by
ring