**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

9/17/2026

**JAMES E. SHELTON** **C.A. NO. 25-3590**

**v.**

**PURE ENERGY USA, PA, LLC, et al.,**

Entry of Default

Default is entered pursuant to Federal Rule of Civil Procedure 55(a) against Defendant:

ARASH AKHAVAN

for failure to plead or otherwise defend.

George Wylesol
Clerk of Court

By: s/Stephen Gill
Stephen Gill, Deputy Clerk