**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JAMES E. SHELTON,** individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>*v.*<br><br>**PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, ALONZO AMAR, ARASH AKHAVAN A/K/A "ALAN," AND DOE DEFENDANT PSG ZONE D/B/A PUREPSGPA AND/OR ENERGY SOURCE SERVICES**<br><br>*Defendants.* | Case No. 2:25-cv-03590-MMB<br><br>**CLASS ACTION**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL**
**WITHOUT PREJUDICE**

COMES NOW Plaintiff James Shelton, by and through the undersigned counsel, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i), and hereby files this Notice of Voluntary Dismissal Without Prejudice of Defendants Alonzo Amar and Doe Defendant PSG Zone d/b/a PurePSGPA and/or Energy Source Services.

As the only remaining Defendants are Defendant Pure Energy and Defendant Amar, who is in Default, Plaintiff respectfully requests that the Court reset the briefing schedule to order Pure Energy to file its Answer as the Court may direct, or elsewise call a status conference for this purpose.

RESPECTFULLY SUBMITTED AND DATED this October 6, 2026.

*/s/ Andrew Roman Perrong*
Andrew Roman Perrong,
Pennsylvania Bar No. 333687
a@perronglaw.com

Perrong Law LLC
1669 Edgewood Road, Suite 218
Yardley, PA 19067
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class

**CERTIFICATE OF SERVICE**

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

Dated: October 6, 2026

*/s/ Andrew Roman Perrong*

Andrew Roman Perrong,
Pennsylvania Bar No. 333687
a@perronglaw.com
Perrong Law LLC
2657 Mount Carmel Avenue
Glenside, PA 19038
215-225-5529
Lead Attorney for Plaintiff and the Proposed Class