**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, ALONZO AMAR, ARASH AKHAVAN A/K/A "ALAN," AND DOE DEFENDANT PSG ZONE D/B/A PUREPSGPA AND/OR ENERGY SOURCE SERVICES,

*Defendants*.

CASE NO. 2:25-cv-03590-MMB

CLASS ACTION

**DEFENDANT PURE ENERGY'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Defendant Pure Energy USA, PA, LLC ("Pure Energy"), by and through its undersigned counsel, hereby respectfully moves to dismiss the First Amended Complaint (*see* Dkt. 23, "Complaint") by Plaintiff James Shelton ("Plaintiff") in this matter pursuant to Fed. R. Civ. P. 12(b)(1) and/or 12(b)(6), in its entirety and with prejudice, for lack of federal subject matter jurisdiction or, alternatively, for failure to state a claim for relief.

The specific grounds for this Motion are set forth in Pure Energy's Brief In Support, which is filed concurrently herewith and is incorporated herein by reference as if fully stated, the evidence submitted therewith, all other pleadings and papers filed or to be filed in this action, and any and all other arguments, other briefing, and exhibits that may be presented to the Court prior to its ruling on this Motion or at any hearing hereon, if scheduled.

WHEREFORE, Defendant Pure Energy respectfully requests that the Court enter an order

dismissing Plaintiff's FAC with prejudice pursuant to Rules 12(b)(1) and/or 12(b)(6), along with granting Pure Energy all other just and proper relief.

Dated: October 27, 2026

Respectfully submitted,

*/s/ Steven C. Tolliver, Jr.*

FREDERICK P. SANTARELLI (PA 53901)
STEVEN C. TOLLIVER, JR. (PA 327165)
ELLIOTT GREENLEAF, P.C.
925 Harvest Drive, Suite 300
Blue Bell, PA 19422
(215) 977-1000 (phone)
(215) 977-1099 (fax)
FPSantarelli@elliottgreenleaf.com
sct@elliottgreenleaf.com

JOHN W. MCGUINNESS
(*Pro Hac Vice* to be requested)
A. PAUL HEERINGA
(*Pro Hac Vice* to be requested)
MADELAINE A. NEWCOMB
(Admitted *Pro Hac Vice*)
MANATT, PHELPS & PHILLIP, LLP
1700 M Street, NW 4th Floor
Washington, D. C., 20036
Telephone: 202-585-6500
Facsimile: 202-585-6600
jmcguinness@manatt.com
pheeringa@manatt.com
mnewcomb@manatt.com

*Counsel for Defendant Pure Energy USA PA, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that I am causing the foregoing to be filed electronically with the Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document upon all counsel of record.

Dated: October 27, 2026

*/s/ Steven C. Tolliver, Jr.*

STEVEN C. TOLLIVER, JR.

*Counsel for Defendant Pure Energy USA PA, LLC d/b/a Pure Energy*