**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

*Plaintiff*,

v.

PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, ALONZO AMAR, ARASH AKHAVAN A/K/A "ALAN," AND DOE DEFENDANT PSG ZONE D/B/A PUREPSGPA AND/OR ENERGY SOURCE SERVICES,

*Defendants*.

CASE NO. 2:25-cv-03590-MMB

CLASS ACTION

**[PROPOSED] ORDER**

AND NOW, this _____ day of _______________, 2026, upon consideration of Defendant Pure Energy USA, PA, LLC's ("Pure Energy" or "Defendant") Motion to Dismiss Plaintiff's First Amended Complaint and any opposition thereto, it is hereby **ORDERED** that Defendant's Motion to Dismiss is **GRANTED** and that Plaintiff's First Amended Complaint (*see* Dkt. 23) is **DISMISSED WITH PREJUDICE**.

**BY THE COURT:**

______________________________
**MICHAEL M. BAYLSON, U.S.D.J.**