**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

JAMES E. SHELTON, individually and on behalf of all others similarly situated,

Plaintiff,

v.

PURE ENERGY USA, PA, LLC d/b/a PURE ENERGY USA, ALONZO AMAR, ARASH AKHAVAN A/K/A "ALAN," AND DOE DEFENDANT PSG ZONE D/B/A PUREPSGPA AND/OR ENERGY SOURCE SERVICES,

Defendants.

Case No. 2:25-cv-03590-MMB

CLASS ACTION

JURY TRIAL DEMANDED

**ORDER**

AND NOW, this ____ day of ____________, 2026, upon consideration of Defendant Pure Energy USA, PA, LLC's Motion to Dismiss (ECF No. 35), Plaintiff's opposition thereto, and any subsequent filings, IT IS HEREBY ORDERED that Defendant's Motion to Dismiss is DENIED.

BY THE COURT:

______________________________
MICHAEL M. BAYLSON
United States District Judge